```
 1  DONALD D. HARMATA
      State Bar No. 76686
 2  LAW OFFICES OF DONALD D. HARMATA
    2201 Q Street
 3  Sacramento, CA 95816
    Telephone: (916) 442-2842
 4  Facsimile: (916) 442-2015

 5  Attorney for Plaintiff
     MONARCH PLUMBING COMPANY, INC.
```

LODGED

JUL 14 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

FILED

JUL 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH PLUMBING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> RANGER INSURANCE COMPANY, RIVERSTONE CLAIMS MANAGEMENT, LLC, and DOES 1 through 300. <br><br> Defendants. | Case No. 2:06-cv-01357-WBS-KJM <br><br> STIPULATION TO THE REQUEST OF MONARCH PLUMBING COMPANY, INC. FOR PERMISSION TO FILE DOCUMENTS IN PAPER FORMAT, AND ORDER THEREON AND TO CONTINUANCE OF THE HEARING <br><br> [L.R. 5-133(b)(1) and (3); 78-230(g)] <br><br> Assigned to the Honorable William B. Shubb |

The parties, by and through their respective attorneys of record, hereby stipulate and agree that Plaintiff MONARCH PLUMBING COMPANY, INC. may request of the assigned Judge that it may file in paper format its documents in opposition to Defendants RANGER INSURANCE COMPANY and RIVERSTONE CLAIMS MANAGEMENT, LLC's pending motion to dismiss action. The reason for the request is that the office of Plaintiff's attorney is undergoing an upgrade of computer systems and otherwise might not be able to effectuate electronic filing of documents by the due date, the motion presently being scheduled for hearing on August 7, 2006.

1  The parties also hereby stipulate and agree that hearing of
2  Defendants RANGER INSURANCE COMPANY and RIVERSTONE CLAIMS
3  MANAGEMENT, LLC's motion to dismiss, presently scheduled for
4  hearing on August 7, 2006, be continued to September 5, 2006.

CHARLSTON, REVICH, AND CHAMBERLIN LLP

8  Dated: July 14, 2006     By: _____
                                 YVONNE M. SCHULTE, ESQ.
                                 Attorneys for Defendants, RANGER
                                 INSURANCE COMPANY, and RIVERSTONE
                                 CLAIMS MANAGEMENT LLC

12  LAW OFFICES OF DONALD D. HARMATA

14  Dated: July 14, 2006     By: _____
                                 DONALD D. HARMATA
15                               Attorney for Plaintiff,
                                 MONARCH PLUMBING CO., INC.

18  ORDER

20  GOOD CAUSE APPEARING, Plaintiff MONARCH PLUMBING COMPANY, INC.
21  may file its opposition papers to the motion to dismiss of
22  Defendants RANGER INSURANCE COMPANY, and RIVERSTONE CLAIMS
23  MANAGEMENT LLC, in paper format, and the hearing thereon is
24  continued to September 5, 2006 at 1:30 p.m.

27  Dated: July 19, 2006     _____
                             UNITED STATES DISTRICT JUDGE

-2-

STIPULATION TO THE REQUEST OF MONARCH PLUMBING COMPANY FOR PERMISSION TO FILE DOCUMENTS IN PAPER FORMAT, ETC.

1     The parties also hereby stipulate and agree that hearing of
2 Defendants RANGER INSURANCE COMPANY and RIVERSTONE CLAIMS
3 MANAGEMENT, LLC's motion to dismiss, presently scheduled for
4 hearing on August 7, 2006, be continued to September 5, 2006.

6                               CHARLSTON, REVICH, AND CHAMBERLIN LLP

8 Dated: July 14, 2006            By: _____
9                                       YVONNE M. SCHULTE, ESQ.
                                       Attorneys for Defendants, RANGER
                                       INSURANCE COMPANY, and RIVERSTONE
10                                    CLAIMS MANAGEMENT LLC

12                               LAW OFFICES OF DONALD D. HARMATA

14 Dated: July 14, 2006            By: _/s/ Donald D. Harmata_____
                                       DONALD D. HARMATA
15                                  Attorney for Plaintiff,
                                 MONARCH PLUMBING CO., INC.

18                                      ORDER

20     GOOD CAUSE APPEARING, Plaintiff MONARCH PLUMBING COMPANY, INC.
21 may file its opposition papers to the motion to dismiss of
22 Defendants RANGER INSURANCE COMPANY, and RIVERSTONE CLAIMS
23 MANAGEMENT LLC, in paper format, and the hearing thereon is
24 continued to September 5, 2006 at 1:30 p.m.

27 Dated: July 19, 2006            _/s/ William B. Shubb_____
                                       UNITED STATES DISTRICT JUDGE