UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MONARCH PLUMBING COMPANY,
INC.,

          NO. CIV. S-06-1357 WBS KJM

      Plaintiff,

  v.                  ORDER

RANGER INSURANCE COMPANY and
RIVERSTONE CLAIMS MANAGEMENT,
LLC,

      Defendants.

----oo0oo----

      Upon consideration of the moving and opposing papers, after hearing the oral arguments of counsel, and good cause appearing therefor, for the reasons stated by the court orally on the record at the conclusion of the oral argument on January 8, 2007, IT IS HEREBY ORDERED that defendants' motion to dismiss claim two of the first amended complaint as against both Ranger Insurance Company and Riverstone Claims Management, LLC be, and the same hereby is, GRANTED.

DATED:  January 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1