Robert W. Keaster (SBN 115847)
Yvonne M. Schulte (SBN 237868)
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Telephone:  (310) 551-7000
Facsimile:  (310) 203-9321
rkeaster@crcllp.com
yschulte@crcllp.com

Attorneys for Defendants
RANGER INSURANCE COMPANY and
RIVERSTONE CLAIMS MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH PLUMBING COMPANY, INC., <br><br>Plaintiff, <br><br>v. <br><br>RANGER INSURANCE COMPANY, RIVERSTONE CLAIMS MANAGEMENT, LLC, and DOES 1 through 300, <br><br>Defendants | Case No. 2:06-cv-01357-WBS-KJM <br><br>**STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER** <br><br>Assigned to the Honorable William B. Shubb |
| RANGER INSURANCE COMPANY, <br><br>Counter-claimants, <br><br>v. <br><br>MONARCH PLUMBING COMPANY, INC., <br><br>Counter-defendant, | |

THIS STIPULATION is entered into between Defendants RANGER INSURANCE

Charlston, Revich
& Chamberlin LLP
06cv1357 Monarch
Plumbing Stip to Cont
PTC and Trial and
Stay.wpd

STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER

1  COMPANY and RIVERSTONE CLAIMS MANAGEMENT, LLC, by and through their counsel
2  of record, Robert W. Keaster, Esq. of Charlston, Revich & Chamberlin LLP, and Plaintiff
3  MONARCH PLUMBING COMPANY, INC., by and through its attorney of record, Donald D.
4  Harmata, Esq. of the Law Offices of Donald D. Harmata, with reference to the following facts:
5       WHEREAS the parties have tentatively agreed to resolve all disputes between them.
6       WHEREAS additional time is necessary to consummate a settlement agreement which
7  resolves all disputes between the parties.
8       IT IS HEREBY STIPULATED that:
9       (1)  Subject to the Court approving the continuance of the trial in this matter,
10  that the parties through their counsel, hereby agree to stay this action for a period of sixty days;
11       (2)  The trial date shall be continued from the current date of September 11,
12  2007 to November 27, 2007, or the first date thereafter available on the Court's calendar at 9:00
13  a.m. in Courtroom No. 5;
14       (3)  The pre-trial conference date shall be continued from the current date of
15  July 2, 2007 to September 11, 2007;
16       (4)  Expert disclosures shall be continued to ninety days before the new trial
17  date. Expert rebuttals will be due no later than 30 days after the date for expert disclosures; and
18  ///
19  ///
20  ///
21  ///
22
23       (5)  The deadlines for completion of discovery, the hearing of discovery
24  motions and other law and motion matters shall be continued commensurate with the new trial
25  date.
26
27
28

Charlston, Revich
& Chamberlin LLP
06cv1357 Monarch
Plumbing Stip to Cont
PTC and Trial and
Stay.wpd

STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER
2

1  DATED: February ____, 2007      CHARLSTON, REVICH & CHAMBERLIN LLP
2                                  ROBERT W. KEASTER
                                   YVONNE M. SCHULTE
3
4                                  By: _____
                                       Robert W. Keaster
5                                      Attorneys for Defendants RANGER
                                       INSURANCE COMPANY AND RIVERSTONE
6                                      CLAIMS MANAGEMENT, LLC

7
8  DATED: February ____, 2007      LAW OFFICES OF DONALD D. HARMATA

9                                  By: _____
                                       Donald D. Harmata
10                                     Attorneys for Plaintiff MONARCH PLUMBING
                                       COMPANY, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Charlston, Revich
& Chamberlin LLP
06cv1357 Monarch
Plumbing Stip to Cont
PTC and Trial and
Stay.wpd

STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER
3

# **ORDER**

After full consideration of the foregoing stipulation of counsel, the Court Orders as follows:

The trial date shall be continued from the current date of September 11, 2007 to **November 27, 2007 at 9:00 a.m.** in Courtroom No. 5;

The pre-trial conference date shall be continued from the current date of July 2, 2007 to **September 10, 2007 at 1:30 p.m.**;

Expert disclosures shall be continued to ninety days before the new trial date. Expert rebuttals will be due no later than 30 days after the date for expert disclosures; and

The deadlines for completion of discovery, the hearing of discovery motions and other law and motion matters shall be continued commensurate with the new trial date.

IT IS SO ORDERED.

DATED: February 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE