1  Robert W. Keaster (SBN 115847)
   CHARLSTON, REVICH & CHAMBERLIN LLP
2  1925 Century Park East, Suite 1250
   Los Angeles, California 90067-2746
3  Telephone: (310) 551-7000
   Facsimile: (310) 203-9321
4  rkeaster@crcllp.com
   yschulte@crcllp.com
5
   Attorneys for Defendants
6  RANGER INSURANCE COMPANY and
   RIVERSTONE CLAIMS MANAGEMENT, LLC
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | MONARCH PLUMBING COMPANY, INC., | Case No. 2:06-cv-01357-WBS-KJM
12 | Plaintiff, | **STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER**
13 | v. |
14 | RANGER INSURANCE COMPANY, RIVERSTONE CLAIMS MANAGEMENT, LLC, and DOES 1 through 300, | Assigned to the Honorable William B. Shubb
15 | |
16 | Defendants |
17 | |
18 | RANGER INSURANCE COMPANY, |
19 | Counter-claimants, |
20 | v. |
21 | MONARCH PLUMBING COMPANY, INC., |
22 | Counter-defendant, |
23
24
25
26
27
28

**STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER**

1    THIS STIPULATION is entered into between Defendants RANGER INSURANCE
2 COMPANY ("Ranger") and RIVERSTONE CLAIMS MANAGEMENT, LLC, by and through
3 their counsel of record, Robert W. Keaster, Esq. of Charlston, Revich & Chamberlin LLP, and
4 Plaintiff MONARCH PLUMBING COMPANY, INC. ("Monarch"), by and through its attorney
5 of record, Donald D. Harmata, Esq. of the Law Offices of Donald D. Harmata, with reference to
6 the following facts:
7    WHEREAS the parties have agreed to resolve all disputes between them.
8    WHEREAS the parties have consummated the transfer of several cases from Monarch to
9 Ranger which is one of the principal elements of the settlement agreement.
10    WHEREAS additional time is necessary to transfer the remaining civil actions against
11 Monarch and consummate all of the remaining terms of the proposed settlement agreement which
12 resolves all disputes between the parties.
13    IT IS HEREBY STIPULATED that:
14    (1)   Subject to the Court approving the continuance of the trial in this matter,
15 that the parties through their counsel, hereby agree to stay this action for a period of sixty days;
16    (2)   The trial date shall be continued from the current date of November 27,
17 2007 to **February 12, 2008 at 9:00 a.m.** in Courtroom No. 5;
18    (3)    The pre-trial conference date shall be continued from the current date of
19 September 10, 2007 to December 3, 2007 at 2:00 p.m.;
20    (4)   Expert disclosures shall be continued to ninety days before the new trial
21 date.  Expert rebuttals will be due no later than 30 days after the date for expert disclosures; and
22    (5)   The deadlines for completion of discovery, the hearing of discovery
23 motions and other law and motion matters shall be continued commensurate with the new trial
24 date.

Charlston, Revich
& Chamberlin LLP
06cv1357 Monarch
Plumbing Stip to Cont
PTC, CT and Stay.wpd

**STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED]
ORDER**
2

1  DATED: August ____, 2007      CHARLSTON, REVICH & CHAMBERLIN LLP
2                                ROBERT W. KEASTER

3                                By: _____
4                                    Robert W. Keaster
                                 Attorneys for Defendants RANGER
5                                INSURANCE COMPANY AND RIVERSTONE
                                 CLAIMS MANAGEMENT, LLC
6

7  DATED: August ____, 2007      LAW OFFICES OF DONALD D. HARMATA
8
                                 By: _____
9                                    Donald D. Harmata
10                               Attorneys for Plaintiff MONARCH PLUMBING
                                 COMPANY, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Charlston, Revich
& Chamberlin LLP
06cv1357 Monarch
Plumbing Stip to Cont
PTC, CT and Stay.wpd

**STIPULATION REGARDING CONTINUANCE AND STAY; AND [PROPOSED] ORDER**

3

# ORDER

After full consideration of the foregoing stipulation of counsel, the Court Orders as follows:

The trial date shall be continued from the current date of November 27, 2007 to **February 12, 2008 at 9:00 a.m.** in Courtroom No. 5;

The pre-trial conference date shall be continued from the current date of September 10, 2007 to December 3, 2007 at 2:00 p.m.;

Expert disclosures shall be continued to ninety days before the new trial date. Expert rebuttals will be due no later than 30 days after the date for expert disclosures; and

The deadlines for completion of discovery, the hearing of discovery motions and other law and motion matters shall be continued commensurate with the new trial date.

IT IS SO ORDERED.

DATED: August 10, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE